5 A.3d 161

IN THE MATTER OF ELWOOD J. WALZER, AN ATTORNEY AT LAW (ATTORNEY NO. 001281974).

October 20, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–031, concluding that **ELWOOD J. WALZER** of **EWING,** who was admitted to the bar of this State in 1974, should be censured for violating *RPC* 8.4(b) (criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ELWOOD J. WALZER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.